STATE of Missouri, Respondent,

v.

Holger BURROWS, Appellant.

No. 45456.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 1984.

Henry B. Robertson, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Holger Burrows, defendant herein, appeals from his conviction, after a jury-waived trial, of possession of a Schedule IV controlled substance. He was sentenced to two years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).